IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DINAH JONES and WILLIAM POTTER, | § § § | No. 442, 2016 |
| Plaintiffs Below, Appellants, | § § § § | Court Below:  Superior Court of the State of Delaware |
| v. | § § | C.A. No. N14C-12-159 |
| CLYDE SPINELLI, LLC., dba, PINE VALLEY APARTMENTS, | § § § | |
| Defendants Below, Appellees. | § § | |

Submitted:  March 15, 2017
Decided:     March 16, 2017

Before **STRINE**, Chief Justice; **VAUGHN** and **SEITZ**, Justices.

**O R D E R**

This 16th day of March 2017, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its Order dated July 8, 2016.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Jones v. Spinelli*, C.A. No. N14C-12-159 (Del. Super. Jul. 8, 2016) (ORDER).